861 A.2d 92

**STATE of Maryland**

v.

**Paul Junior SWANN.**

No. 86, Sept. Term, 2004.

Court of Appeals of Maryland.

Nov. 15, 2004.

Rachel Marblestone Kamins, Assistant Attorney General (J. Joseph Curran, Jr., Attorney General of Maryland), Baltimore, for petitioner.

Mark Colvin, Assistant Public Defender (Nancy S. Forster, Public Defender), Baltimore, for respondent.

SUBMITTED TO: BELL, C.J., RAKER, WILNER, CATHELL, HARRELL, BATTAGLIA and GREENE, JJ.

PER CURIAM ORDER.

The Court having considered and granted the petition and conditional cross-petition for writ of certiorari in the above-entitled case, it is this 15th day of November, 2004,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, vacated and the case is remanded to the Court of Special Appeals for reconsideration in light of *State v. Carroll,* 383 Md. 438, 859 A.2d 1138 (2004). Costs in this Court and in the Court of Special Appeals to be paid by the respondent, Paul Junior Swann.